IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NIGELLUS DEVONTE DAVIS**                                                    **PLAINTIFF**

v.                                                    **CIVIL ACTION NO. 1:19-cv-903-TBM-RPM**

**KEESLER AIR FORCE BASE**                                             **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [8] United States Magistrate Judge Robert P. Myers, Jr. on March 9, 2021. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this same day, finds that this matter should be dismissed.

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

THIS, the 30th day of April, 2021.

                                                   TAYLOR B. McNEEL
                                                   UNITED STATES DISTRICT JUDGE